1  DANIELLE OCHS-TILLOTSON (CA State Bar No. 178677)
   dot@ogletreedeakins.com
2  SARAH R. NICHOLS (CA State Bar No. 233099)
   sarah.nichols@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  KMART CORPORATION
   (erroneously sued as SEARS HOLDINGS
8  MANAGEMENT CORPORATION)

9  GARRY M. TETALMAN (CA State Bar No. 204189)
   garry@tetalmanlaw.com
10 THE LAW OFFICE OF GARRY M. TETALMAN
   15 W. Carrillo Street, Suite 101
11 Santa Barbara, CA  93101
   garry@tetalmanlaw.com
12 Telephone: (805) 879-7518
   Facsimile: (805) 456-0561
13
   Attorneys for Plaintiffs
14 ASHLEY CHAVEZ, AMBER FOX AND
   SHANNON GALLAGHER
15

16

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                   **SAN FRANCISCO DIVISION**

20

| 21 | ASHLEY CHAVEZ, an individual, AMBER FOX, an individual, and SHANNON GALLAGHER, an individual, | Case No. C 11-02152 MEJ |
|---|---|---|
| 22 | | |
| 23 | Plaintiffs, | **STIPULATION [AND ~~PROPOSED~~ ORDER] OF DISMISSAL** |
| 24 | vs. | |
| 25 | SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware Corporation d.b.a. KMART and DOES 1 through 53, inclusive, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

10224341_1.DOC                                       Case No. C 11-02152 MEJ
                **STIPULATION [AND PROPOSED ORDER] OF DISMISSAL**

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above entitled action, by and through their respective counsel, hereby stipulate to the dismissal of Defendant Sears Holdings Management Corporation ("Sears") as follows:

Based on the appearance of Kmart Corporation as the proper defendant in this matter, Plaintiffs hereby dismiss Sears with prejudice, as a party to this action.

Each party shall bear its own attorneys' fees and costs. All rights of appeal with respect to Sears, are hereby waived.

DATED: May 4, 2011                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   / s / Danielle Ochs-Tillotson
DANIELLE OCHS-TILLOTSON
SARAH R. NICHOLS
Attorneys for Defendant
KMART CORPORATION
(erroneously sued as SEARS HOLDINGS MANAGEMENT CORPORATION)

DATED: May 4, 2011                THE LAW OFFICE OF GARRY M. TETALMAN

By:   / s / Garry M. Tetalman
GARRY M. TETALMAN
Attorney for Plaintiffs
ASHLEY CHAVEZ, AMBER FOX, and SHANNON GALLAGHER

**[Proposed] ORDER**

Pursuant to the Stipulation of the parties and FOR GOOD CAUSE showing, the above-captioned matter is hereby dismissed. as to Defendant Sears.

Dated: May 5, 2011

_____
District Court Judge