UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ASHLEY CHAVEZ, et al.

              Plaintiff(s),

      v.

SEARS HOLDINGS MANAGEMENT CORPORATION,

              Defendant(s).
_____/

CASE NO. 11-2152 PJH

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR (*please identify process and provider*) _____
       MEDIATION; MEDIATOR To Be Determined

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☒ other requested deadline ___November 30, 2011___

Dated: July 22, 2011                           /s/ Garry Tetalman
                                                 **Attorney for Plaintiff**

Dated: July 22, 2011                           /s/ Sarah Nichols
                                                 **Attorney for Defendant**

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other   November 30, 2011

IT IS SO ORDERED.

Dated: 7/26/11



_____
Judge Phyllis J. Hamilton

SIGNATURE ATTESTATION PURSUANT TO GENERAL ORDER 45, SECTION X.B

I hereby attest that I have on file consent to sign this e-filed document for plaintiff's counsel with the use of a "conformed" signature (/S/).

                                                                     /s/ SARAH NICHOLS