Danielle Ochs-Tillotson (SBN 178677)
dot@ogletreedeakins.com
Sarah R. Nichols (SBN 233099)
sarah.nichols@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

*Attorneys for Defendant*
KMART CORPORATION

Garry M. Tetalman (SBN 204189)
garry@tetalmanlaw.com
THE LAW OFFICE OF GARRY M. TETALMAN
15 West Carrillo Street, Suite 101
Santa Barbara, CA  93101
Telephone:     805-879-7518
Fax:               805-456-0561

*Attorney for Plaintiffs*
ASHLEY CHAVEZ, AMBER FOX,
and SHANNON GALLAGHER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ASHLEY CHAVEZ, an individual; AMBER FOX, an individual; and SHANNON GALLAGHER, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware Corporation d/b/a KMART and DOES 1 through 53, inclusive<br><br>    Defendant. | Case No. 11-cv-02152-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CHANGE IN CAPTION**<br><br><br>Trial Date:     Not Set<br>Judge:           Hon. Phyllis J. Hamilton |

**STIPULATION**

Whereas, on May 5, 2011, the court ordered the dismissal with prejudice of SEARS HOLDINGS MANAGEMENT CORPORATION as a party to this action pursuant to F.R.C.P 41(a)(1)(A)(ii), and based on the appearance of KMART CORPORATION as the proper defendant in this matter;

Now therefore, the parties hereby stipulate to amend the caption of this case by substituting "SEARS HOLDINGS MANAGEMENT CORPORATION" with "KMART CORPORATION," as set forth in the form attached hereto as Exhibit A.

Respectfully submitted, this 15th day of August, 2011.

| | |
|---|---|
| THE LAW OFFICE OF GARRY M. TETALMAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Garry M. Tetalman<br>Garry M. Tetalman<br>*Attorney for Plaintiffs*<br>ASHLEY CHAVEZ, AMBER FOX,<br>and SHANNON GALLAGHER | By: /s/ Sarah Nichols<br>Danielle Ochs-Tillotson<br>Sarah R. Nichols<br>*Attorneys for Defendant*<br>KMART CORPORATION |

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation of the parties and FOR GOOD CAUSE showing, the above-captioned matter is hereby amended to substitute "SEARS HOLDINGS MANAGEMENT CORPORATION" with "KMART CORPORATION," as set forth in the form attached hereto as Exhibit A.

Dated: 8/19/11

_____
U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**SIGNATURE ATTESTATION PER GENERAL ORDER 45, SECTION X.B.**

I hereby attest that I have on file consent to the use of a "conformed" signature (/s/) by Plaintiffs' counsel for this e-filed document.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on August 15, 2011, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　/s/  *Sarah Nichols*
　　　　　　　　　　　　　　　　　　　　　　SARAH R. NICHOLS

10792941.1 (OGLETREE)

**EXHIBIT A**

| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASHLEY CHAVEZ, an individual; AMBER FOX, an individual; and SHANNON GALLAGHER, an individual<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, and DOES 1 through 53, inclusive<br><br>Defendant. | Case No. 11-cv-02152-PJH<br><br><br><br>Trial Date:   Not Set<br>Judge:        Hon. Phyllis J. Hamilton |

Case No. 11-cv-02152-PJH

<<TITLE>>